# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOSHUA D. FRANKLIN,**

    **Plaintiff,**

v.    Case No. 4:22-cv-258-AW-MJF

**CLINTON LEWIS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 20, 2022 report and recommendation. ECF No. 12. I have also considered de novo Franklin's objections. ECF No. 14. I have determined the report and recommendation should be adopted. It is now ORDERED:

1. The report and recommendation, ECF No. 12, is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This action is dismissed as frivolous under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1)."

3. The clerk will then close the file.

SO ORDERED on November 21, 2022.

                                       s/ *Allen Winsor*
                                       United States District Judge